DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

NITEKA MONIQUE BUIE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2100

————————————————

May 22, 2024

Appeal from the Circuit Court for Hillsborough County; Laura E. Ward, Judge.

Howard L. Dimmig, II, Public Defender, and Matthew J. Salvia, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

   Affirmed.


SLEET, C.J., and ATKINSON and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.